[No. 32126-6-III.    Division Three.    July 14, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL CORRIE LEMMONS, JR., *Appellant*.

*Affirmed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.

[Nos. 32269-6-III; 32384-6-III;    Division Three.    July 14, 2015.] 32801-5-III.

THE STATE OF WASHINGTON, *Respondent*, v. GREGG W. HANSEN, *Appellant*.

*In the Matter of the Personal Restraint of* GREGG W. HANSEN, *Petitioner*.

Judgment *affirmed* and petition *dismissed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.

[No. 32995-0-III.    Division Three.    July 14, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD W. MILLER, *Appellant*.

*Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J.; Fearing, J., concurring separately.